| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 10/16/2012 | Phone consult with D. Jacobstein, Ph.D. re: Need for evaluations and IEP | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review report from psychoeducational evaluation from Georgetown University Center for Child Development | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Review correspondence from D. Jacobstein, P.D. re: Case issues and need for IEP | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 10/17/2012 | Phone consult with S. Briggs, parent re: School/case issues and need for evaluations | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re: Case issues | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| 11/27/2012 | Phone consult with D. Jacobstein, Ph.D. re: Case issues/need for evaluations | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 11/28/2012 | Phone consult with S. Briggs, parent re: School issues | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 11/29/2012 | Meeting with S. Briggs, parent re: Case issues, need for evaluations and consent to file Due Process Complaint Notice | EJ | 1.1 | 1.1 | $505.00 | $378.75 | | $416.63 |
| | Initial case file review | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Draft Due Process Complaint Notice | EJ | 2.2 | 2.2 | $505.00 | $378.75 | | $833.25 |
| | Travel to meeting with S. Briggs, parent re: Due Process Complaint | EJ | 1.5 | 1.5 | $505.00 | $189.38 | | $284.07 |
| 11/30/2012 | Draft records request to Walker Jones E.C. | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Draft and finalize Due Process Complaint Notice | EJ | 2.3 | 2.3 | $505.00 | $378.75 | | $871.13 |
| | Phone consult with S. Briggs, parent re: Case issues and Due Process Complaint | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 12/11/2012 | Review DCPS' Answer to Due Process Complaint | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review Notice of Hearing Officer Appointment from Student Hearing Office | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Review Initial Case Order from F. Raskins, Hearing Officer | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from F. Raskins, Hearing Officer re:  Case timelines | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to S. Briggs, parent re:  Case status | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 12/14/2012 | Phone consult with S. Briggs, parent re:  Case issues | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 12/17/2013 | Correspondence to F. Raskins, Hearing Officer re: Case status | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review additional educational records from Walker Jones EC | EJ | 0.8 | 0.8 | $505.00 | $378.75 | | $303.00 |
| | Review correspondence from F. Raskins, Hearing Officer re:  Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to J. Douds, Esq., DCPS re: Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Douds, Esq. DCPS re: Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to F. Raskins, Hearing Officer re: Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review 2nd correspondence from F. Raskins, Hearing Officer re:  Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/1/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re:  Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review Order re:  Prehearing conference from F. Raskins, Hearing Officer | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 1/3/2013 | Review file to prepare for prehearing conference | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Correspondence to F. Raskins, Hearing Officer re: Case status with additional documentation | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Attend prehearing conference via phone | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Phone consult with S. Briggs, parent re:  Hearing date/issues | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to S. Briggs, parent re:  Hearing date/issues | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to J. Douds, DCPS re:  Missing educational records | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review additional educational records from J. Douds, Esq. DCPS | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 1/4/2013 | Correspondence to F. Raskins, Hearing Officer re: Witness availability | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from F. Raskins, Hearing Officer re:  Scheduling of witnesses | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to 2nd correspondence from F. Raskins, Hearing Officer re: Scheduling of witnesses for hearing | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review correspondence from K. Marcus, DCPS CCM re: Settlement proposal | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/7/2013 | Correspondence to D. Jacobstein, Ph.D. expert witness re:  Hearing preparation | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review correspondence from F. Raskins, Hearing Officer and J. Douds, Esq. DCPS re: Availability of witnesses for hearing | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to F. Raskins, Hearing Officer and J. Douds, Esq. DCPS re:  Identification of witnesses for due process hearing | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review and respond to 2nd correspondence from F. Raskins, Hearing Officer re: Testimony of witnesses at hearing | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. expert witness re: Hearing preparation | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence and settlement proposal from K. Marcus, DCPS CCM | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 1/8/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re: Need for 2nd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Attend 2nd prehearing conference with F. Raskins, Hearing Officer via phone | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review settlement proposal from K. Marcus, DCPS CCM | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review Prehearing Order from F. Raskins, Hearing Officer | EJ | 0.6 | 0.6 | $505.00 | $378.75 | | $227.25 |
| | Phone consult with S. Briggs, parent re: Settlement agreement | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/10/2013 | Review Prehearing Order from F. Raskins, Hearing Officer | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to F. Raskins, Hearing Officer re: Errors in Prehearing Order | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review file to prepare for phone conference with D. Jacobstein, Ph.D. expert witness | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Phone conference with D. Jacobstein, Ph.D. expert witness re: Hearing preparation | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
|  | Phone conference with S. Briggs, parent re: Rejection of settlement proposal | EJ | 0.3 | 0.3 | $505.00 | $378.75 |  | $113.63 |
|  | Review and respond to correspondence from F. Raskins, Hearing Officer re: Corrections to prehearing Order | EJ | 0.2 | 0.2 | $505.00 | $378.75 |  | $75.75 |
| 1/11/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re: Need for 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 |  | $75.75 |
|  | Review correspondence from J. Douds, Esq. re: 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 |  | $75.75 |
| 1/13/2013 | Review correspondence from F. Raskins, Hearing Officer re: 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 |  | $75.75 |
| 1/14/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re: 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 |  | $75.75 |
|  | Review Prehearing Conference Order from F. Raskins, Hearing Officer re: 3rd prehearing conference | EJ | 0.3 | 0.3 | $505.00 | $378.75 |  | $113.63 |
|  | Attend prehearing conference via phone | EJ | 0.6 | 0.6 | $505.00 | $378.75 |  | $227.25 |
|  | Review and respond to correspondence from J. Douds, Esq. re: Settlement proposal | EJ | 0.3 | 0.3 | $505.00 | $378.75 |  | $113.63 |
|  | Phone consult with J. Douds, Esq. re: Settlement proposal | EJ | 0.3 | 0.3 | $505.00 | $378.75 |  | $113.63 |
| 1/16/2013 | Draft and finalize hearing disclosure materials with exhibits | EJ | 1.3 | 1.3 | $505.00 | $378.75 |  | $492.38 |
| 1/17/2013 | Review amended prehearing Order from F. Raskins Hearing Officer | EJ | 0.3 | 0.3 | $505.00 | $378.75 |  | $113.63 |
|  | Review hearing disclosure materials from J. Douds, Esq. DCPS | EJ | 1 | 1 | $505.00 | $378.75 |  | $378.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Correspondence (hearing exhibits) to D. Jacobstein, Ph.D. expert witness | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/22/2013 | Draft and finalize Petitioner's Objections to Respondent's exhibits and witnesses | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. expert witness re: Hearing preparation | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/23/2013 | Correspondence to D. Jacobstein, Ph.D. expert witness re: Hearing preparation and hearing materials | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Prepare for hearing | EJ | 1.2 | 1.2 | $505.00 | $378.75 | | $454.50 |
| | Phone consult with S. Briggs, parent re: hearing preparation | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/24/2014 | Prepare for hearing-witness questions | EJ | 1.1 | 1.1 | $505.00 | $378.75 | | $416.63 |
| | Prehearing meeting with S. Briggs, parent re: Hearing preparation | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| | Attend hearing | EJ | 2.2 | 2.2 | $505.00 | $378.75 | | $833.25 |
| | Post hearing meeting with S. Briggs, parent | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Travel to/from hearing at Student Hearing Office for due process hearing | EJ | 2 | 2 | $505.00 | $189.38 | | $378.76 |
| | Review correspondence from F. Raskins, Hearing Officer re: Effect of bad weather on hearing start time | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. expert witness re: Hearing outcome | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Phone consult with T. Christenson, MD re: Availability to conduct independent psychiatric evaluation per recommendation of DCPS | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review and respond to 2nd correspondence from D. Jacobstein, Ph.D. re:  Availability to conduct independent evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to K. Conaboy, re:  Availability to conduct independent occupational therapy and speech and language evaluations per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to M. Zimmitti, Ph.D. re: Availability to conduct independent psychological evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review and respond to correspondence from K. Conaboy re:  Availability to conduct independent occupational therapy and speech and language evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/25/2013 | Review Hearing Officer Determination from F. Raskins, Hearing Officer | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re:  Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to M. Zimmitti, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to K. Conaboy, re:  Independent occupational therapy and speech and language evaluations per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/6/2013 | Review and respond to correspondence from J. Kovac Ph.D. re: Independent psychological testing per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review and respond to correspondence from J. Kovac Ph.D. re: Independent psychological testing per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 2/7/2013 | Review and respond to correspondence from K. Conaboy, therapist re: Independent speech and language evaluation and occupational therapy evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to 2nd correspondence from K. Conaboy, therapist re: Independent speech and language evaluation and occupational therapy evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 2/13/2013 | Review and respond to correspondence from J. Kovack, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 2/19/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Status of independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review report from DCPS functional behavioral assessment | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re: Report from functional behavioral assessment | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/20/2013 | Review and respond to correspondence from J. Kovack, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 3/4/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review reorts from independent occupational therapy evaluation and speech/language evaluation per Hearing Officer Determination | EJ | 0.7 | 0.7 | $505.00 | $378.75 | | $265.13 |
| | Correspondence to S. Briggs, parent re: Report from occupational therapy evaluation and speech/language evaluation per Hearing Officer Determination | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| 3/8/2013 | Phone consult with S. Briggs, parent re: Case status/reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 3/12/2013 | Correspondence to A. Bowden, DCPS CCM re: Reports from occupational therapy evaluation and speech and language evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/8/2013 | Review and respond to correspondence from A. Karty, DCPS re: Reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/12/2013 | Correspondence to J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Phone consult with S. Briggs, parent re: Case status | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/26/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Status of evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/29/2013 | Review report from psychological evaluation per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re: Report from psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 5/17/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Phone consult with S. Briggs, parent re: Reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 5/22/2013 | Phone consult with S. Briggs, parent re: Report from psychological evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to A. Bowden, DCPS CCM re: Report from psychological evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Correspondence to D. Jacobstein, Ph.D. re: Referral for psychiatric evaluations per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 5/23/2013 | Review correspondence from D. Jacobstein, Ph.D. re: Availability of psychiatrist to conduct independent evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Phone consult with S. Briggs, parent re: Independent psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 6/3/2013 | Phone consult with S. Briggs, parent re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Correspondence to and review correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 6/4/2013 | Phone consult with Ms. Briggs, parent re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review and respond to correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review and respond to 2nd correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 6/5/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 6/7/2013 | Correspondence to A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 6/19/2013 | Correspondence to S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 7/1/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Questions regarding independent evaluations ordered in Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 7/11/2013 | Review and respond to correspondence from A. Bowden, DCPS, CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 7/23/2013 | Review 2nd correspondence from D. Jacobstein, Ph.D. re: Availability of doctor to conduct psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Phone consult with Ms. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 8/27/2013 | Phone consult with Ms. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review and respond to correspondence from A. Bowden, DCPS, CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 9/4/2013 | Phone consult with Ms. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 9/16/2013 | Review and respond to correspondence from S. Briggs, parent re: Psychiatric evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 10/7/2013 | Review and respond to correspondence from A. Bowden, DCPS re: IEP meeting/evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 10/22/2013 | Correspondence to S. Briggs, parent re: Psychiatric evaluation | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| 10/23/2013 | Phone consult with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 10/29/2013 | Correspondence to A. Bowden, DCPS re: Need for IEP meeting and DCPS to schedule the psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 11/15/2013 | Phone conference with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review correspondence from A. Bowden, DCPS CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Correspondence to A. Bowden, DCPS CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 11/18/13 | Phone consult with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | 2nd phone conference: S. Briggs, parent re: Psychiatric evaluatin per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 11/19/2013 | Review correspondence from A. Bowden, DCPS CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Phone consult with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 2/5/2014 | Phone consult, S. Briggs, parent re: Status of psychiatric evaluation per Hearing Officer's Determination and unresolved school issues from hearing | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| | Review and respond to correspondence from A. Bowden, DCPS CCM re: need for IEP meeting per Hearing Officer's Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 5/17/2014 | Prepare petition for attorney's fees and costs (Paralegal) | MW | 1 | 1 | $145.00 | $145.00 | | $145.00 |
| 5/22/2014 | Review petition for attorneys fees | EJ | 0.8 | 0.8 | $510.00 | $382.50 | | $306.00 |
| | Phone consult: S. Briggs, parent re: Resolution of case issues per Hearing Officer's Determination | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| | Case closure letter to S. Briggs, parent | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| | SUBTOTAL | | | | | | | $20,834.53 |
| | Fax (28 pages @ .15 per page) | | | | | | $4.20 | |
| | Mileage (44 @ .565 per mile) | | | | | | $24.86 | |
| | Postage | | | | | | $11.58 | |
| | Parking to attend Hearing | | | | | | $10.00 | |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Copies (332 @ .15 per page) | | | | | | $49.80 | |
| | SUBTOTAL | | | | | | $100.44 | |